

August 23, 2016

**Via ECF**
The Honorable Thomas P. Griesa
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:    *Hardy, et al. v. Kaszycki & Sons, et. al.*, No. 1:83-cv-06346 (TPG)

Dear Judge Griesa:

    I appeared before your Honor representing the plaintiffs in the above matter, with Wendy Sloan. Ms. Sloan has given me copies of correspondence to your Honor from Jay Goldberg, Esq. and Lawrence S. Rosen Esq., the latter of whom is representing Donald J. Trump and the Trump Organization on the issue of whether certain confidential settlement documents in the Hardy case should be unsealed.

    At the time this matter was before you, I was a member of another law firm and presently practice law as senior counsel at Outten & Golden LLP.

    Ms. Sloan is no longer practicing law and asked me to respond to the correspondence you have received.

    Ms. Sloan informs me that the plaintiffs in the above matter are deceased, and that she knows of no one who was a member of the plaintiff class that has a privacy interest in the documents in this matter that are presently sealed as confidential, nor does she or I know of any reason why those documents should not at this time be unsealed.

    I am, of course, available to your Honor if you have questions of me concerning this matter.

                                                    Respectfully submitted,

                                                  Lewis M. Steel

**New York**  3 Park Avenue  29th Floor  New York, NY 10016  Tel (212) 245-1000 Fax (646) 509-2060
**Chicago**  161 N Clark Street  Suite 4700  Chicago, IL 60601  Tel (312) 809-7010 Fax (312) 809-7011
**San Francisco**  One Embarcadero Street  38th Floor  San Francisco, CA 94111  Tel (415) 638-8800 Fax (415) 638-8810

www.outtengolden.com

The Honorable Thomas P. Griesa
August 23, 2016
Page 2 of 2

cc:      Lawrence S. Rosen, Esq. (via ECF and U.S. Mail)
           Rosen Weinhaus LLP
           100 Mamaroneck Avenue
           Mamaroneck, NY 10543

           Andrew Lachow, Esq. (via ECF and U.S. Mail)
           Time Inc. Law Department
           1271 Avenue of the Americas
           New York, NY 10020

           Jay Goldberg, Esq. (via U.S. Mail and Facsimile)
           250 Park Avenue, 12th Floor
           New York, New York 10177
           Facsimile: 212-983-6008