UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

HARDY, et al.,

                  Plaintiffs,

    – against –

KASZYCKI & SONS, et al.,

                  Defendants.

------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/16

No. 83-cv-6346 (TPG)

**ORDER**

On July 12, 2016, non-parties Time Inc. and the Reporters Committee for Freedom of the Press ("Movants") asked the Court to unseal documents in the above-captioned matter.[1] See ECF No. 415.

Based on the record, the Court originally had good cause to grant the parties' joint request to seal settlement-related documents in this matter. In weighing the public's right to access court documents against the interest in facilitating settlement in complex cases, the Court found that the balance favored confidentiality.

Now, in support of their request, Movants cite generalized Constitutional and common law reasoning, and the fact of an upcoming presidential election. They also assert the importance and relevance of the documents to which they seek access. But Movants fail to provide specific facts that establish

---

[1] For the purposes of this Order, the Court will treat Time Inc. and the Reporters Committee for Freedom of the Press as intervenors under Federal Rule of Civil Procedure 24(b) and the letter of July 12, 2016 as a motion pursuant to Local Rule 7.1(d).

extraordinary circumstances or a compelling need to unseal the documents. Nor have Movants argued that the sealing was improvidently granted in the first instance.

For these reasons, Movants' request to unseal all sealed documents in this matter is DENIED.

SO ORDERED.

Dated: New York, New York
       August 26, 2016

Thomas P. Griesa
United States District Judge