UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                    :

JOSEPH HARDY, et al.,                            : Civil Action No. 83-cv-06346

                Plaintiffs,                    : **NOTICE OF APPEARANCE**

            - against -                    :

KASZYCKI & SONS CONTRACTORS, et al.,  :

                Defendants.                 :
------------------------------------------------------------------------x

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

    **PLEASE TAKE NOTICE** that Matthew R. Maron appears as additional counsel in the above-captioned action on behalf of Defendants Trump-Equitable Fifth Avenue Company, The Trump Organization, Inc., Donald J. Trump and Donald J. Trump d/b/a The Trump Organization.

Dated:    New York, New York        TRUMP ORGANIZATION LLC
            June 21, 2017

                                              By:   /s/ Matthew R. Maron
                                                      Matthew R. Maron
                                         725 Fifth Avenue
                                         New York, New York 10022
                                         (212) 715-6783 (phone)
                                         (212) 980-3821 (fax)
                                         mmaron@trumporg.com
                                         *Attorneys for Defendants Trump-Equitable*
                                         *Fifth Avenue Company, The Trump*
                                         *Organization, Inc., Donald J. Trump and*
                                         *Donald J. Trump d/b/a The Trump*
                                         *Organization*