

Advocates for Workplace Fairness

June 29, 2017

<u>**Via ECF**</u>
Honorable Loretta A. Preska
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> **Re:**      *<u>Hardy, et al v. Kaszycki & Sons, et al</u>*
>               *<u>1:83-cv-06346-LAP</u>*

Dear Judge Preska:

     I write your Honor concerning the  Second Circuit's remand to you as the successor to the Honorable Thomas P. Griesa with regard to its Summary Order of June 15,2017 in case number 16-3273.  Among other things, that order discusses the fact that the District Court no longer has copies of two of the documents that Time Inc. and The Reporters Committee for Freedom of the Press sought to have unsealed and therefore the Circuit Court refrained from ruling on the unsealing request as it pertained to them.

     Along with Wendy Sloan, who no longer is practicing law, I represented the Hardy plaintiffs and the class they represented before Judge Griesa when the case was settled. Recently, I reviewed a part of Ms. Sloan's file with her as it pertained to the settlement. As a result, I write this letter to report to you, with Ms. Sloan's consent, that in fact she has the missing transcript and brief referred to by the Court of Appeals in her possession.

     Ms. Sloan informs me that at all times these documents have remained in her possession and that she kept them confidential. As we informed Judge Griesa in my letter dated August 23, 2016, we know of no privacy reason why these documents should not be unsealed.

     Ms. Sloan respectfully requests that Your Honor instruct her how to handle these documents at this time. She will, of course, keep these documents confidential pending your direction.  Ms. Sloan also respectfully asks that you communicate any directions you wish to give her through me at the below address.

              Respectfully yours,

              Lewis M. Steel
              Senior Counsel

**New York**  685 Third Avenue  25th Floor  New York, NY 10017  Tel (212) 245-1000  Fax (646) 509-2060
**Chicago**  161 N Clark Street  Suite 1600  Chicago, IL 60601  Tel (312) 809-7010  Fax (312) 809-7011
**San Francisco**  One Embarcadero Center  38th Floor  San Francisco, CA 94111  Tel (415) 638-8800  Fax (415) 638-8810
**Washington, DC**  601 Massachusetts Ave NW  Second Floor West Suite  Washington, DC 20001  Tel (202) 847-4400  Fax (202) 847-4410

www.outtengolden.com

Honorable Loretta A. Preska
June 29, 2017
Page 2


cc:     Lawrence S. Rosen (via ECF and U.S. Mail)
        Rosen Weinhaus LLP
        40 Wall Street
        New York, NY 10005
        Email: lrosen@LHRGB.com

        Matthew Russell Maron (via ECF and U.S. Mail)
        The Trump Organization
        725 Fifth Avenue
        New York, NY 10022
        Email: mmaron@trumporg.com

        Andrew Bruce Lachow (via ECF and U.S. Mail)
        Time Inc. Law Department
        1271 Avenue of the Americas
        New York, NY 10020
        Email: andrew_lachow@timeinc.com

        Arthur N. Lambert (via ECF and U.S. Mail)
        Frenkel Lambert Weiss Weisman & Gordon, LLP
        One Whitehall Street, 20th Floor
        New York, NY 10004
        Email: arthur@lambertweiss.com

        Jay Goldberg, Esq. (via U.S. Mail and Facsimile)
        250 Park Avenue, 12th Floor
        New York, New York 10177
        Fax: 212-983-6008

        Bruce D. Brown (via ECF and U.S. Mail)
        Reporters Committee for Freedom of the Press
        1156 15th Street, NW, Suite 1250
        Washington, D.C. 20005
        Email: bbrown@rcfp.org

        Katie Townsend (via ECF and U.S. Mail)
        Reporters Committee for Freedom of the Press
        1156 15th Street, NW, Suite 1250
        Washington, D.C. 20005
        Email: ktownsend@rcfp.org

        Jared E. Blumetti (via ECF and U.S. Mail)
        LaRocca Hornick Rosen Greenberg & Blaha LLP
        40 Wall Street, 32nd Floor

Honorable Loretta A. Preska
June 29, 2017
Page 3


New York, NY 10005
Email: jblumetti@lhrgb.com