UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



HARDY, ET AL.,

              Plaintiffs,

    -against-

KASZYCKI & SONS, ET AL.,

              Defendants.

83-cv-6346 (LAP)

ORDER

Loretta A. Preska, Senior United States District Judge:

    In response to Mr. Steel's letter dated June 29, 2017 (dkt. no. 429), Ms. Sloan is instructed to continue holding the documents that are subject to the current motion to unseal and to maintain their confidentiality pending further order from the Court.

SO ORDERED.

Dated: July 7, 2017

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge