

# LaRocca Hornik Rosen Greenberg & Blaha LLP
## Counselors at Law

The Trump Building
40 Wall Street
32nd Floor
New York, NY 10005
212-530-4823
212-530-4815 fax
LHRGB.COM

Freehold Commons
83 South Street
3rd Floor
Freehold, NJ 07728
732-409-1144
732-409-0350 fax

Jonathan L. Hornik
Lawrence S. Rosen
Rose Greenberg
Eric Peter Blaha
Amy D. Carlin ▲
Patrick T. McPartland ▲
David N. Kittredge ▲
Florence R. Goffman ▲◊
Jonathan Tabar ▲
Jared E. Blumetti ▲
Sherry Hamilton ▲

▲ New York Bar Only
‡ New Jersey Bar Only
◊ Of Counsel Attorneys
✦ Certified Matrimonial Law Attorney
* Practicing as an LLC

DIRECT DIAL: 212.530.4822
EMAIL: LROSEN@LHRGB.COM



July 14, 2017

**VIA ECF**
Honorable Loretta A. Preska, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 12A
New York, New York 10007

      Re:   Hardy *et al.* v. Kaszycki & Sons *et al.*
              1:83-cv-06346 (LAP)

Dear Judge Preska:

      We represent the defendants in the above-captioned action, and write jointly with the attorneys for Time Inc. and the Reporters Committee for Freedom of the Press in response to Your Honor's Order dated July 7, 2017.

      More specifically, the parties do intend to briefly supplement the papers currently before the Court on the Motion to Unseal. In this regard, the parties anticipate submitting short letter briefs on or before August 22, 2017.

SO ORDERED
*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

*/s/ Lawrence S. Rosen*
Lawrence S. Rosen

cc:   Andrew Lachow (via ECF)

7/14/17