UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARDY, ET AL.,

                Plaintiffs,

-against-

KASZYCKI & SONS, ET AL.,

                Defendants.



83-cv-6346 (LAP)

ORDER

Loretta A. Preska, Senior United States District Judge:

    In response to Mr. Steel's letter dated June 29, 2017 (dkt. no. 429), the Court instructed Ms. Sloan to continue holding the documents that are subject to the current motion to unseal and to maintain their confidentiality, (dkt. no. 432). The Court now instructs Ms. Sloan to deliver the plaintiffs' brief filed on November 9, 1998 (dkt. no. 410) by overnight courier or other similar method to the following address: The Chambers of the Hon. Loretta A. Preska, 500 Pearl Street, Room 2220, New York, NY, 10007.

    SO ORDERED.

Dated:    New York, New York
            September 22, 2017

                            LORETTA A. PRESKA
                            Senior United States District Judge